## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Stephen A Greco, et al.

                              Plaintiff,

v.                                                    Case No.: 1:22–cv–02661
                                                      Honorable LaShonda A. Hunt

FMR LLC, et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 9, 2024:

> MINUTE entry before the Honorable LaShonda A. Hunt: On 9/9/24, the Court entered on order dismissing Plaintiffs' complaint and allowing Plaintiffs to submit a proposed amended complaint by 10/4/24 [103]. The Court subsequently extended the deadline to 11/1/24 [117] and 12/2/24 [124]. To date, no proposed amended complaint has been filed. Accordingly, this case is dismissed. All pending motions and deadlines are terminated as moot. Civil case terminated. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.