IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Stephen Albert Greco, et al.,

Plaintiff(s),

v.

Peter Mallouk, et al.,

Defendant(s).

Case No. 22-cv-02661
Judge LaShonda A. Hunt

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Plaintiff has not submitted a proposed amended complaint by the deadline. This case is dismissed with prejudice for failure to state a claim.

This action was *(check one)*:

☐ tried by a jury with Judge           presiding, and the jury has rendered a verdict.
☐ tried by Judge           without a jury and the above decision was reached.
☒ decided by Judge LaShonda A. Hunt on a motion to dismiss

Date: 12/9/24

Thomas G. Bruton, Clerk of Court

Carolyn Hoesly, Courtroom Deputy